# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gold, Steven M. | U.S. District Court EDNY | 04/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. District Court
225 Cadman Plaza East Chambers 1217S
Brooklyn, New York 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | P/time Adjunct Prof. of Law | Brooklyn Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gold, Steven M.** | 04/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2012 | Salary/Adj Prof of Law/Brooklyn Law School | $21,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan - Oct | Salary/Executive Director, |
| 2. Nov-Dec | Salary/Executive Director, |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | Scholarship | $8,000.00 |
| 2. | Dennett Law Offices, P.C. | Legal Services (representation in sale of house and purchase of coop apartment) | $4,000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Checking ▨ | A | Interest | J | T | | | | | |
| 2. Chase Checking ▨ | A | Interest | J | T | | | | | |
| 3. Chase Plus Savings ▨ | A | Interest | K | T | | | | | |
| 4. Chase Plus Saving ▨ | A | Interest | M | T | | | | | |
| 5. Vanguard Healthcare Fund IRA | B | Dividend | K | T | | | | | |
| 6. JP Morgan Liquid Assets MMkt Investor (IRA) | A | Int./Div. | J | T | | | | | |
| 7. Thornburg Intl Value (IRA) | A | Int./Div. | J | T | | | | | |
| 8. JP Morgan US Equity Fund (IRA) | A | Int./Div. | K | T | Sold (part) | 03/15/12 | J | | |
| 9. JP Morgan Emerging Markets (IRA) | A | Int./Div. | J | T | Sold (part) | 9/12/12 | J | | |
| 10. Pimco Total Return (IRA) | A | Int./Div. | J | T | Sold (part) | 05/29/12 | J | | |
| 11. JP Morgan Core Bond Fund (IRA) | A | Int./Div. | J | T | Sold (part) | 5/29/12 | J | | |
| 12. | | | | | Buy (add'l) | 9/12/12 | J | | |
| 13. JP Morgan Mid Cap Equity (IRA) | A | Int./Div. | J | T | Buy (add'l) | 5/29/12 | J | | |
| 14. JP Morgan High Yield Bond Fund (IRA) | A | Int./Div. | J | T | Buy (add'l) | 3/15/12 | J | | |
| 15. | | | | | Sold (part) | 5/29/12 | J | | |
| 16. | | | | | Sold (part) | 9/12/12 | J | | |
| 17. Deleware Emerging Markets Fund (IRA) | A | Int./Div. | J | T | Buy (add'l) | 3/15/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T Rowe Price New Income Prospectus (IRA) | A | Int./Div. | J | T | Buy (add'l) | 3/15/12 | J | | |
| 19. T Rowe Price New Income Prospectus (IRA) | A | Int./Div. | J | T | Buy (add'l) | 9/12/12 | J | | |
| 20. Oakmark Fund Class I (IRA) | A | Int./Div. | J | T | Sold (part) | 3/15/12 | J | | |
| 21. | | | | | Buy (add'l) | 05/29/12 | J | | |
| 22. Wells Fargo Advtg Growth (IRA) | A | Int./Div. | J | T | Buy (add'l) | 9/12/12 | J | | |
| 23. JP Morgan International Value Select (IRA) | A | Int./Div. | J | T | Sold (part) | 3/15/12 | J | | |
| 24. JP Morgan Small Cap Equity (IRA) | A | Int./Div. | J | T | Buy (add'l) | 12/21/12 | J | | |
| 25. Goldman Sachs Small Cap Equity (IRA) | A | Int./Div. | J | T | Sold (part) | 3/15/12 | J | | |
| 26. | | | | | Buy | 12/21/12 | J | | |
| 27. Goldman Sachs Emerging Mkts Debt Fund (IRA | A | Int./Div. | J | T | Buy | 3/15/12 | J | | |
| 28. DWS Blue Chip Fund (IRA) | A | Int./Div. | | | Sold | 02/28/12 | J | | |
| 29. DWS Global Income (IRA) | A | Int./Div. | | | Sold | 03/15/12 | J | | |
| 30. DWS Core Equity (IRA) | A | Int./Div. | J | T | Sold (part) | 9/12/12 | J | | |
| 31. SPDR S&P 500 ETF Trust (IRA) | A | Int./Div. | J | T | Sold (part) | 3/19/12 | J | | |
| 32. SPDR S&P 500 ETF Trust (IRA) | A | Int./Div. | J | T | Buy (add'l) | 9/14/12 | J | | |
| 33. JP Morgan Real Estate Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 34. Blackrock US Opportunity (IRA) | A | Int./Div. | J | T | Sold (part) | 3/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Blackrock High Yield Bond (IRA) | A | Int./Div. | J | T | Buy | 9/12/12 | J | | |
| 36. Cohen and Steers Realty Income (IRA) | A | Int./Div. | J | T | Buy | 03/15/12 | J | | |
| 37. | | | | | Sold (part) | 9/12/12 | J | | |
| 38. Federated Inst'l High Yield Bond (IRA) | A | Int./Div. | J | T | Buy | 9/12/12 | J | | |
| 39. MFS Ser Tr X Emerging Mkt (IRA) | A | Int./Div. | J | T | Buy | 5/29/12 | J | | |
| 40. Vanguard Sector Index (IRA) | A | Int./Div. | J | T | Buy | 9/17/12 | J | | |
| 41. JP Morgan Liquid Assets MMkt (IRA) | A | Int./Div. | J | T | | | | | |
| 42. DWS Blue Chip Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 43. DWS Core Equity (IRA) | A | Int./Div. | J | T | | | | | |
| 44. T Rowe Price new Income (IRA) | A | Int./Div. | J | T | | | | | |
| 45. American Century Growth (IRA) | A | Int./Div. | J | T | | | | | |
| 46. Goldman Sachs Small Cap Value (IRA) | A | Int./Div. | J | T | | | | | |
| 47. Thornburg Intl Value (IRA) | A | Int./Div. | J | T | | | | | |
| 48. Pimco Total Return (IRA) | A | Int./Div. | J | T | | | | | |
| 49. Oppenheimer Developing Markets (IRA) | A | Int./Div. | J | T | | | | | |
| 50. Aston/Airpointe Mid Cap (IRA) | A | Int./Div. | J | T | | | | | |
| 51. Wells Fargo Advantage Growth (IRA) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SDPR S&P 500 ETF Trust (IRA) | A | Int./Div. | J | T | | | | | |
| 53. Oakmark Fund I (IRA) | A | Int./Div. | J | T | | | | | |
| 54. JP Morgan High Yield Bond (IRA) | A | Int./Div. | J | T | Sold (part) | 9/14/12 | J | | |
| 55. JP Morgan Core Bond (IRA) | A | Int./Div. | J | T | | | | | |
| 56. JP Morgan Small Cap Equity (IRA) | A | Int./Div. | J | T | | | | | |
| 57. JP Morgan US Equity Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 58. JP Morgan Emerging Markets Equity (IRA) | A | Int./Div. | J | T | | | | | |
| 59. JP Morgan Mid Cap Equity (IRA) | A | Int./Div. | J | T | | | | | |
| 60. JP Morgan US Real Estate (IRA) | A | Int./Div. | J | T | Sold (part) | 9/14/12 | J | | |
| 61. JP Morgan Intl Value (IRA) | A | Int./Div. | J | T | | | | | |
| 62. Blackrock US Opportunity (IRA) | A | Int./Div. | J | T | | | | | |
| 63. Blackrock High Yld Bond (IRA) | A | Int./Div. | J | T | Buy | 9/14/12 | J | | |
| 64. Cohen and Steers Realty Income (IRA) | A | Int./Div. | J | T | Buy | 3/14/12 | J | | |
| 65. Federated Instit'l High Yield Bond (IRA) | A | Int./Div. | J | T | Buy | 9/14/12 | J | | |
| 66. Goldman Sachs Emerging Mkkts (IRA) | A | Int./Div. | J | T | Buy | 3/14/12 | J | | |
| 67. Vanguard Sector Index Fd (IRA) | A | Int./Div. | J | T | Buy | 9/19/12 | J | | |
| 68. T Rowe Price Personal Strategy Fund 403(b) | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. T Rowe Price Health Sciences Fund 403(b) | D | Dividend | K | T | | | | | |
| 70. T Rowe Price Prime Reserve Fund 403(b) | A | Dividend | K | T | | | | | |
| 71. Reform Pension Board Equity Fund 403(b) | A | Dividend | M | T | Buy (add'l) | 7/1/12 | J | | |
| 72. Reform Pension Board Core Bond Fund 403(b) | B | Int./Div. | K | T | Buy (add'l) | 11/5/12 | J | | |
| 73. Commerce National Bank Checking Acct | A | Interest | | | Closed | 10/1/12 | J | | |
| 74. Keyspan Common Stock | A | Dividend | J | T | | | | | |
| 75. First Merit Savings Acct | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III.B: _____ changed positions, doing the same work for a new employer, in November 2012.

Part VII:

-Several investments and accounts reported as sold or closed in my report for 2011 are not listed in this year's report.

-The Chase checking accounts reported last year on lines 2 and 93 are reported this year on lines 1 and 2, and are designated by reference _____ rather than their names, which Chase keeps changing.

-I have a report of a saless of investments I did not report buying last year, perhaps because they have names very similar to other investments I did report, or because fund types were exchanged within a fund family. They are: DWS Global Income Builder, reported on line 29,and DWS Core Equity, reported on line 30. The same holds _____, with respect to DWS Core Equity, reported on line 43.

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven M. Gold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544